No. 695, October Term, 1955. CONSOLIDATED EDISON CO. OF NEW YORK, INC., *v.* UNITED STATES, 351 U. S. 909. Motion for leave to file a second petition for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this motion.

NOVEMBER 21, 1960.

No. 67. BRAUNFELD ET AL. *v.* BROWN, POLICE COMMISSIONER, ET AL. Appeal from the United States District Court for the Eastern District of Pennsylvania. The motion of Pennsylvania Retailers' Association for leave to present oral argument is denied. *Arthur Littleton* for movant.

No. 461, Misc. HINES *v.* SACKS, WARDEN;
No. 471, Misc. BOGISH *v.* NEW JERSEY; and
No. 478, Misc. WORTH *v.* BANNAN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 458, Misc. BAXTER *v.* JOHNSON, CLERK, U. S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. Motion for leave to file petition for writ of mandamus denied.